■ In the Matter of JOHN SIEH, Petitioner, v NEW YORK CITY TRANSIT AUTHORITY, Respondent. [595 NYS2d 684] —Determination of the respondent New York City Transit Authority dated July 3, 1991, affirming a Hearing Officer's decision and order, which found petitioner guilty of fare evasion, unanimously confirmed, the petition denied and the proceeding brought pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, New York County [Myriam Altman, J.], entered on or about December 11, 1991), dismissed, without costs.

The Hearing Officer found that the petitioner's defenses of alibi and mistaken identity were not credible. A review of the record before the Hearing Officer establishes that the decision is supported by substantial evidence *(see, Matter of Reape v Gunn,* 154 AD2d 682, *lv denied* 75 NY2d 707, *appeal dismissed* 75 NY2d 1004).

We have considered the remaining arguments, and find them to be without merit. Concur—Sullivan, J. P., Rosenberger, Kupferman and Asch, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERIC JOHNSON, Appellant. [595 NYS2d 684] —Appeal from judgment, Supreme Court, New York County (Richard C. Failla, J.), rendered on May 29, 1990, dismissed, *sua sponte,* upon the ground that appellant, having absconded, is not presently available to obey the mandate of the Court. *(See, People v Parmaklidis,* 38 NY2d 1005.) Counsel's motion to dismiss the appeal without prejudice to reinstatement at such time as appellant is amenable to the Court's jurisdiction or for other relief is denied as moot. All concur. No opinion. Concur—Sullivan, J. P., Rosenberger, Kupferman and Asch, JJ.